

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       In re Adriene L.  Sibley

Appellate case number:   01-13-00882-CV

Trial court case number:  2009-49295

Trial court:                      55th District Court of Harris County

      On October 16, 2013, relator, Adriene L. Sibley, filed a petition for writ of mandamus, stating "emergency relief for stay of case requested."  Relator's motion for temporary relief is **denied**.

      It is so ORDERED.


Judge's signature: /s/ Michael Massengale
             ☑ Acting individually    ☐ Acting for the Court

Date: October 16, 2013